UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SCOTTO,

        Plaintiff,

vs.

Banc of America Specialist, Inc.,

        Defendant.

Docket No.:

**AFFIDAVIT OF SERVICE**

State of New York  )
                  ) ss.:
County of New York )

I, Ryan Nelson, being duly sworn, depose and say; I am not a party to this action, am over 18 years of age, and reside in the Bronx, New York.

On October 26, 2007, at approximately 12:30 pm, I served a copy of the **SUMMONS AND COMPLAINT AND JURY TRIAL DEMAND** upon Banc of America Specialist, Inc., 14 Wall Street, 21st Floor, New York, New York 10005, by personally delivering and leaving the same with **ROBERT BOZZETT** who was authorized to receive service at that address.

    **ROBERT BOZZETT** is a white male, approximately 55 years old, stands approximately 5 feet 4 inches tall, weighs approximately 135 pounds with gray hair and wears glasses.

                                        _Ryan Nelson_
                                        Ryan Nelson

Sworn to before me this
26th day of October, 2007.

_Stefanie M. Stumbo_
Notary Public

Stefanie M. Stumbo
Notary Public, State of New York
01ST6103964
Qualified in Kings County
Commission Expires January 12, 20_08_

1