11/12/2007 15:42  2125710505            THE OTTINGER FIRM                    PAGE  02/02
NOV 12 2007 14:26 FR                    TO #0259912125710505 P.02/02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MICHAEL SCOTTO,

          Plaintiff,

    vs.

BANC OF AMERICA SPECIALIST, INC.,

          Defendant.
----------------------------------------X

07-CV-9508 (DLC)

**STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that the time for defendant Banc of America Specialist, Inc., to answer, move or otherwise respond with respect to the complaint is extended to and including December 10, 2007.

PROSKAUER ROSE LLP

By: _____
Joseph Baumgarten (JB-7215)
Daniel J. O'Donnell (DO-4630)
One Newark Center
Newark, New Jersey 07102
212.736.8185
Attorneys for Defendant
Banc of America Specialist, Inc.

Dated: November 12, 2007

THE OTTINGER FIRM, P.C.

By: _____
Robert Ottinger (RO-8879)

South Street Seaport
19 Fulton Street, Suite 400
New York, New York 10038
212.571.2000
Attorney for Plaintiff Michael Scotto

Dated: November __, 2007

**SO ORDERED**

_____
HONORABLE DENISE L. COTE, U.S.D.J.

Date: November 19, 2007

6211/13367-045 Current/10323433v1