PROSKAUER ROSE LLP
Keisha-Ann G. Gray (KG-3464)
Daniel J. O'Donnell (DO-4630)
One Newark Center
Newark, New Jersey 07102
(212) 736-8185
Attorneys for Defendant
Banc of America Specialist, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL SCOTTO,

           Plaintiff,

   v.

BANC OF AMERICA SPECIALIST, INC.,

           Defendant.

07 Civ. 9508   (DLC)  ECF CASE

**DEFENDANT'S STATEMENT PURSUANT TO FRCP 7.1(a)**

---

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for defendant Banc of America Specialist, Inc., certify that Bank of America Corporation is the parent corporation of Banc of America Specialist, Inc., and Bank of America Corporation has no parent corporation.

Dated: December 10, 2007

                                      PROSKAUER ROSE LLP

                                      By:   s/ Daniel O'Donnell
                                            Keisha-Ann G. Gray (KG-3464)
                                            Daniel J. O'Donnell (DO-4630)
                                            dodonnell@proskauer.com
                                      Attorneys for Defendant
                                      Banc of America Specialist, Inc.

## **CERTIFICATION OF SERVICE**

I hereby certify that on this date I caused to be served by fax and Federal Express, overnight delivery, Defendant's Statement Pursuant to FRCP 7.1(a) upon attorneys for Plaintiff, Robert Ottinger, Esq, The Ottinger Firm, P.C., 19 Fulton Street, Suite 400, New York, New York 10038.

        PROSKAUER ROSE LLP
        One Newark Center
        Newark, New Jersey  07102
        (212) 736-8185
        Attorneys for Defendant
        Banc of America Specialist, Inc.


  By:   s/Daniel O'Donnell
       Daniel J. O'Donnell (DO-4630)
       dodonnell@proskauer.com

Dated: December 10, 2007