AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

Michael Scotto,

    Plaintiff,

v.

Banc of America Specialist, Inc.,

    Defendant.

**APPEARANCE**

Case Number: 1:07-CV-09508 (DLC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Banc of America Specialist, Inc.

I certify that I am admitted to practice in this court.

| 12/11/2007 | *[signature: Keisha-Ann G. Gray]* |
| Date | Signature |

| Keisha-Ann G. Gray | KG 3464 |
| Print Name | Bar Number |

1585 Broadway
Address

| New York | NY | 10036 |
| City | State | Zip Code |

| (212) 969-3855 | (212) 969-2900 |
| Phone Number | Fax Number |