UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- -X

MICHAEL SCOTTO,

                Plaintiff,

    -v-

BANC OF AMERICA SPECIALIST, INC.,

                Defendant.

---------------------------------------------------------------- -X

07 CIV. 9508 (DLC) (RLE)*

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-22-08

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute*

    _____

    _____

\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

**X** Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose: _____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

\*   Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:    New York, New York
               February 22, 2008

                                                                      DENISE COTE
                                                                 United States District Judge