```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MICHAEL SCOTTO,                         :   07 CIV. 9508 (DLC)
             Plaintiff,                 :
                                        :       PRETRIAL
        -v-                             :   SCHEDULING ORDER
                                        :
BANC OF AMERICA SPECIALIST, INC.,       :
                                        :
             Defendant.                 :
                                        :
----------------------------------------X
```

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 2-22-08]

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on February 22, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **March 7, 2008**.

2. No additional parties may be joined or pleadings amended after **April 11, 2008**.

3. The parties are instructed to contact the chambers of Magistrate Judge Ellis prior to **May 30, 2008** in order to pursue settlement discussions under his supervision.

4. All fact discovery must be completed by **July 25, 2008**.

5. Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **August 22, 2008**. Defendant's identification of experts and disclosure of expert testimony must occur by **September 19, 2008**.

6. All expert discovery must be completed by **October 10, 2008**.

7. The following motion will be served by the dates indicated below.

   Any motion for summary judgment

   - Motion served by **October 31, 2008**
   - Opposition served by **November 21, 2008**
   - Reply served by **December 12, 2008**

1

   At the time any Reply is served the moving party shall
   supply two courtesy copies of all motion papers to Chambers
   by delivering them to the Courthouse Mailroom, 8th Floor,
   United States Courthouse, 500 Pearl Street, New York, New
   York.

8. In the event no motion is filed, the Joint Pretrial Order
   must be filed by **October 31, 2008**.

   As described in greater detail in this Court's Individual
   Practices in Civil Cases, the following documents must be
   filed with the Pretrial Order: Voir Dire, Requests to
   Charge and a Memorandum of Law addressing all questions of
   law expected to arise at trial. Any responsive papers are
   due one week thereafter. Counsel will provide the Court
   with two (2) courtesy copies of all pretrial documents at
   the time of filing.

Dated:   New York, New York
         February 22, 2008

                              _____
                                     DENISE COTE
                              United States District Judge