UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SCOTTO,

                Plaintiff,

- against -

BANC OF AMERICA SPECIALISTS, INC.,

                Defendant.

**ORDER**

07 Civ. 9508 (DLC) (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-28-08

**RONALD L. ELLIS, United States Magistrate Judge:**

    IT IS HEREBY ORDERED that the Parties appear before the Court for a settlement conference on **July 22, 2008, at 2:30 p.m.**

**SO ORDERED this 28th day of May 2008**
New York, New York

*(signed)* Ronald Ellis
The Honorable Ronald L. Ellis
United States Magistrate Judge