COTE5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SCOTTO,

                      Plaintiff,

-against-

BANC OF AMERICA SPECIALIST, INC,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

CV-07-9508 (DLC-RLE)

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

       IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective attorneys, that plaintiff's complaint and all claims therein be and hereby are dismissed with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), without costs or attorney's fees to either party.

THE OTTINGER FIRM, P.C.
Attorneys for Plaintiff

By: _____
    Robert W. Ottinger, Esq.

South Street Seaport
19 Fulton Street, Suite 400
New York, New York 10038
212.571.2000

Dated: 7-3-08

PROSKAUER ROSE LLP
Attorneys for Defendant

By: _____
    Keisha-Ann G. Gray, Esq.

1585 Broadway
New York, New York 10036
212.969.3000

Dated: 7/3/08.

SO ORDERED:

_____
HONORABLE DENISE L. COTE
United States District Judge
Southern District of New York

Dated: July 3, 2008